Original Copy

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

File Number _____
Chapter 11
Case Number 03-11540 (brl)

| | |
|---|---|
| Jacqueline Johnson | ) |
| Claimant, plaintiff | ) |
| | ) |
| v. | )        Notice of Appeal |
| | ) |
| SPIEGEL, INC.., | ) |
| | ) |
| Creditor, defendant | ) |

   Notice is hereby given that Jacqueline Johnson plaintiff, and Spiegel Inc.,
defendants though its attorney CHADBOURNE 7&PARKE LLP 30 Rockefeller Plaza
New York, New York 10112 in the above-named case*, hereby appeal to the United
States Court of Appeals for the Second Circuit from the final judgment entered
Memorandum Decision and Order Denying Motion For Reconsideration entered in this
action on the 4th day of April 2007.

/s/

Jacqueline Johnson  Pro-Se
10305 S. Bensley Ave.
Chicago, Illinois 60617

Date: April 12, 2007



RECEIVED
APR 1 6 2007
U.S. ...
SO. DIST. OF NEW YORK