

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

File Number _____
Chapter 11
Case Number 03-11540 (brl)

| | |
|---|---|
| Jacqueline Johnson ) | |
| Creditor, Petitioner ) | |
| ) | |
| v.  ) | Notice of Appeal |
| ) | |
| SPIEGEL, INC.., ) | |
| ) | |
| Debor, Respondent ) | |

### RECORD ON APPEAL DESIGNATION OF ITEM

Pursuant to Rule 8007-(1), Petitioner designation the following items to be include on Appeal: and request reporter's transcript with day, time, witnesses

(1) Response to the Spiegel Creditor's Trust Supplemental Statement in support of the Debtors' Twenty Forth Omnibus Objection To Proofs Of Claim (N Amount Due And Owing, Amount O Claim Incorrect, Claims Field Against Incorrect Debtor, Misclassified Claims And Amended Or Superseded Claims) With Respect To The Claim Of Jacqueline J. Johnson (Claim No.4248)

(2) Notice Of Dismissal Of U.S Equal Employment Opportunity Commission Action Filed by Jacqueline J. Johnson And Notice of Spiegel Creditor Trust's Intention To Prosecute Pending Objection To Johnson (Claim No. 4248)  *Docket 4588*

(3) Order Granting Twenty-Fourth Omnibus Objection To Proofs Of Claim With Respect To Claim Number 4248 Filed By The Jacqueline J. Johnson  *Docke 4606*

(4) Motion For Request For Reconsideration O Order Granting Twenty-Fourth Omnibus Objection To Proofs Of Claim With Respect To Claim Number 4248 Filed By Jacqueline Johnson  *Copy Attached*

(5) Response Of The Spiegel Creditor Trust To Motion For Request For Reconsideration Of Order Granting Twenty-Fourth Omnibus Objection To Proofs Of Claim With Respect To Claim Number 4248 Filed By Jacqueline Johnson  *Docket 4646*

(6) Letter to Judge Lifland from Douglas E Deutsch (Chadbourne Parke) dated February 20, 2007  *copy attached*

(7)

(8) Memorandum Decision And Order Denying Motion For Reconsideration *Docke 4668*

(9) Motion To Reconsider And Allow Corrections To Clarify Misunderstanding And Explanation As To Why The Reconsideration Was Made By Claimant In Her Motion For Reconsideration To Order Granting Twenty-Fourth Omnibus Objection To Proofs Of Claim With Respect to Claim Number 4248 Filed By Jacqueline Johnson *Docket no 4674*

(10) Letter to Judge Lifland from Douglas E Deutsch (Chadbourne Parke) dated April 19, 2007 *Copy Attached*

(11) Order Denying Motion To Reconsider And Allow Correction To Clarity Misunderstanding And Explanation As To Why The Reconsideration To Order Granting Twenty—Fourth Omnibus Objection To Proofs Of Claim With Respect To Claim Number 4248 Filed By Jacqueline Johnson *copy attached*

(12) Opening Statements, Closing Arguments, the testimony of all witnesses, and argument on all motions and objections in the trial of the above case that was held on November 28, 2006.

## STATEMENTS OF ISSUES

Petitioner is appealing all order's of Judge Lifland.

In Response to the Spiegel Creditor's Trust Supplemental Statement in support of the Debtors' Twenty Forth Omnibus Objection To Proofs Of Claim (N Amount Due And Owing, Amount O Claim Incorrect, Claims Field Against Incorrect Debtor, Misclassified Claims And Amended Or Superseded Claims) With Respect To The Claim Of Jacqueline J. Johnson (Claim No.4248): Petitioner was not allowed an opportunity to exalts all Judicial resources in appealing The EEOC and Department Of Human Rights dismissal of her complaint before the lower court dismissed her claim was expunged. Petitioner has a right to have her Case heard on the merits.

In Notice Of Dismissal Of U.S Equal Employment Opportunity Commission Action Filed by Jacqueline J. Johnson And Notice of Spiegel Creditor Trust's Intention To Prosecute Pending Objection To Johnson (Claim No. 4248): Petitioner was not aware she had to appear in court to defend her claim. Page 1 and all pages following.

In Motion For Request For Reconsideration O Order Granting Twenty-Fourth Omnibus Objection To Proofs Of Claim With Respect To Claim Number 4248 Filed By Jacqueline Johnson: Petitioner did not receive a copy of the Order

Expunging the claim in time to file a timely reconsideration. Page 1 and 2

In Response Of The Spiegel Creditor Trust To Motion For Request For Reconsideration Of Order Granting Twenty-Fourth Omnibus Objection To Proofs Of Claim With Respect To Claim Number 4248 Filed By Jacqueline Johnson and Memorandum Decision And Order Denying Motion For Reconsideration: Petitioner was requesting the lower court to extend time to allow Petitioner to file an appeal; Petitioner understood that the lower court does not hear appeals. The lower court was wrong in denying Petitioner an opportunity to file an appeal. Petitioner only wanted reconsideration Page 1 and all pages following

In Letter to Judge Lifland from Douglas E Deutsch (Chadbourne Parke) dated April 19, 2007: Respondent tried to get the last word on Petitioner's motion To Reconsider, Respondent Council for Respondent never request leave to file a second reply to Petitioner's closing remarks. They also used Petitioner's filing of her response as an excuse to plead to the lower court. In Letter dated April 19, 2007, Respondent scolded Petitioner, by stating his is not my council, yet he voluntarily files his copy with the lower court and docking clear on Petitioner' behalf. (February 20, 2007). The response was already timely filed with the Docketing Clerk. In the closing Respondent ask the lower court what he should do.

In Memorandum Decision And Order Denying Motion For Reconsideration: Petitioner had a Claim with DHR that had sufficient evidence. The request for excusable negligence was for the reconsideration not the appeal. Page 1 and following pages.

In Order Denying Motion To Reconsider And Allow Correction To Clarity Misunderstanding And Explanation As To Why The Reconsideration To Order Granting Twenty—Fourth Omnibus Objection To Proofs Of Claim With Respect To Claim Number 4248 Filed By Jacqueline Johnson:
Lower court denied Petitioner's request for reconsideration under new evidence. The request for new evidence was made but Petitioner failed to send the evidence. Petitioner does not understand it was reached without all needed evidence.

In Letter to Judge Lifland from Douglas E Deutsch (Chadbourne Parke) dated April 19, 2007: Respondent's council has threatened Petitioner in some order by warning her not to file an appeal on the DHR and the EEOC's decision. Petitioner has a right to appeal the EEOC and DHR's decision. Petitioner has no knowledge of a NOTE sent to Judge Lifland on February 20 2006, as this would be exparte communication. Respondent also asks Petitioner not to call; Petitioner reserves the right in which she chooses to communicate with Respondent's Council. Petitioner has no attorney. Petitioner is willing to tape all conversation.

Notice to move for a new trial, to vacate the judgment for judgment not with standing the verdict, and or for motion for reconsideration and notice to prepare the clerks and or reporter transcripts.

                                                Respecfully Submitted

                                                Jacqueline J. Johnson
                                                10305 S. Beneley Ave.
                                                Chicago, Illinois 60617
                                                773 726-0884

Upon my oath, I Swear
that I served a copy of the
foregoing RECORD ON APPEAL DESIGNATION OF ITEM
on Douglas E. Deutsch at Chadbourne Parke attorney for Respondent
30 Rockefeller Plaza New York, New York 10112
by mailing it to him with sufficient first-class postage
affixed thereto on April 25, 2007

Jacqueline J. Johnson

Subscribed and sworn to before me on this 25th day of April 2007.

NOTARY PUBLIC

My commission expires:

01. 17, 2010.

OFFICIAL SEAL
LUPITA PACHECO-LOPEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/17/10