| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW YORK SPIEGEL INC., ET AL. CLAIMS PROCESSING P.O. BOX 5129, BOWLING GREEN STATION NEW YORK, NY 10274-5129 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re: Spiegel Inc, et al., Debtors. | Chapter 11 Case Nos. 03-11539(CB) thru 03-11558(CB) (Jointly Administered) | Filed: USBC - Southern District of New York Spiegel, Inc., Et Al. 03-11540 (CB)    0000004248 |
| Name of Debtor Against Which Claim is Held SPIEGEL, INC. | Case No. of Debtor Case No: 03-11540(CB) | |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name and address of Creditor:**

SPI (MERGE.DBF,SCHED_NO)   SCHEDULE #: 540007800*****
JACQUELINE J. JOHNSON
10305 S. BENSLEY
CHICAGO, IL 60617

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Your claim is scheduled by the Debtor as:
$0.00 UNSECURED
UNLIQUIDATED
DISPUTED

**Telephone number:** 773 374-7581

**Account or other number by which creditor identifies debtor:**

Check here if this claim:
☐ replaces    ☐ amends a previously filed claim, dated:_____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☑ Taxes
   ☑ Other **Discrimination** (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☑ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: **349 58 8506**
   Unpaid compensation for services performed
   from **8-23-02** (date) to **Present** (date)

2. **Date debt was incurred:** 8-23-02

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ _____ + _____ + **100,000.00** = **100,000.00**
   (unsecured nonpriority)  (secured)  (unsecured priority)  (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim:** $_____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ **100,000.00**
   Specify the priority of the claim:
   ☐ Wages, salaries or commissions (up to $4,650), earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,100 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☑ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**THIS SPACE IS FOR COURT USE ONLY**

RECEIVED
OCT 15 2004
CLAIMS PROCESSING CENTER
USBC, SDNY
4

**Date:** 9-16-04

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Jacqueline Johnson*

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

October 5, 2004

To: United States Bankruptcy Court
Southern District of New York
Bowling Green Station
P.O. Box 5129
New York, NY 10004-5129

From: Jacqueline Johnson
10305 S. Bensley Ave.
Chicago, Illinois 60617
773 374-7581

Re: SPIEGEL, INC., et al., debtors in Chapter 11 Case No. 03-11540 (CB) (Jointly Administered)

EXPLANATION OF WHY DOCUMENTS ARE NOT AVILIABLE

To Whom It May Concern:

    I, Jacqueline Johnson am the named creditor in this Bankruptcy filed by the above named Debtors.

    I would like to begin be saying this is my first time receiving notice of this bankruptcy filed by the above debtors. I, have filed a Complaint and or Law Suit against the above-mentioned debtors, for reasons of discrimination, these complaint were and are filed with (EEOC) The Equal Opportunity Commission. I the creditor have the right under this charge to file a Right To Sue. I, the creditor have all intentions on filing a formal law suit against the above mentioned debtors, to protect any rights I have to claim.

    The debtors have committed discrimination against creditor based on retaliation and Coercion, in violation of the ADA and Title VII. I am filing this claim as a result of that violation.

    The remedies for violations of the statutes the (EEOC) enforces are designed to make the identified victims whole and to provide corrective and preventive relief. These remedies may include an agreement by the debtors to cease engaging in unlawful employment practices, placement of identified victims in the positions they would have held but for the discriminatory action, back pay, restoration of lost benefits, injunctive relief, compensatory and/or punitive damages, and notice to employees of the violation and the resolution of the claim.

    The first (Board of Education) party of the suit has been found in violation of the Americans with Disabilities Act of 1990 (ADA) and Title VII of the Civil Rights Act of 1964, as amended (Title VII) for coercion, creditor is awaiting the decision on the second party (Spiegel Inc. et al) in this violation and/or the right to sue.

Estimation of Loss Wages,

$40,320.00 for two years of lost pay.
$60,000.00 for lost benefits, compensatory and punitive damages. Attached is a copy of the Determination.

Sincerely Yours, Jacqueline Johnson

*[signature: Jacqueline Johnson]*

United States Bankruptcy Court  Southern  District of  New York

☐ Ch 7  ☐ Ch 13  ☒ Ch 11
**PLEASE CHECK CHAPTER**

Name of Debtor: Eddie Bauer, Spiegel Inc Etal
Case Number: 03-11547

**PROOF OF CLAIM**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property)
Skagit County, a political subdivision of Washington State

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address Where Notices Should be Sent
Skagit County Treasurer
c/o Linda Patterson
P.O. Box 518
Mount Vernon WA 98273
Telephone No. 360-336-9350

☐ Check box if you have never received any notices from the bankruptcy court on this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE FOR COURT USE ONLY

Account or other number by which creditor identifies debtor: P119035

Check here if this claim
☒ Amends   ☐ Replaces a previously filed claim dated: 4/28/2004

**1. BASIS FOR CLAIM**
☐ Goods Sold
☐ Services Performed
☐ Money Loaned
☐ Personal Injury/Wrongful Death
☒ Taxes
☐ Other:
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensations (Fill out below)
Your social security number:
Unpaid compensations for services performed
from _____ to _____

**2. DATE DEBT WAS INCURRED:** 4/30/2002
**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. Total Amount of Claim at Time Case Filed:** $689.82
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges. (SEE ATTACHED LIST)

**5. Secured Claim**
☐ Check this box if your claim is secured by collateral (including right of setoff).
Brief Description of Collateral:
☐ Real Estate
☐ Motor Vehicle
☐ Other:
Value of collateral: $51,922.00

Amount of arrearage and other charges at the time case filed included in secured claim above, if any: $689.82

**6. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim.
Amount entitled to be priority:
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4650), *earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier-11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan-11 U.S.C. § 507(a)(4)
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use-11 U.S.C. § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child-11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8)
☐ Other-Specify applicable paragraph of 11 U.S.C. § 570(a)

*Amounts are subject to adjustments on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

7. **CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
8. **SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
9. **DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of the proof of claim.

RECEIVED OCT 15 2004 CLAIMS PROCESSING CENTER USBC, SDNY

Date: October 6, 2004
Sign and print the name and title, if any, of creditor or other person authorized to file this claim (attach copy of power of attorney, if any).
*Linda Patterson, Skagit County Treasurer*

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# 2004 PERSONAL PROPERTY TAX STATEMENT

BASED ON ASSESSMENT DATE OF JANUARY 1, 2003

SKAGIT COUNTY TREASURER
P.O. BOX 518, MOUNT VERNON, WASHINGTON 98273

**ACCOUNT NUMBER**
8033
P119035    85208

## 2004
**KEEP THIS PORTION**

### CURRENT TAX DISTRIBUTION

| | | |
|---|---|---|
| State Levy | | 144.59 |
| Local School | SD100 | 251.83 |
| County | | 93.46 |
| City or Road | | 104.77 |
| Port Dist. | P02 | 6.06 |
| Fire Dist. | | 0.00 |
| Hospital | H304 | 22.94 |
| Other | | 0.00 |
| Cemetery | | 0.00 |
| Dike | | 0.00 |
| Drainage | | 0.00 |
| Conservation Futures | | 3.02 |
| | | 0.00 |
| **TOTAL CURRENT TAX** | | **626.67** |

### CURRENT TAX INFORMATION

| | |
|---|---|
| Assessed Value | 51,922 |
| TOTAL VALUE | 51,922 |
| Levy Code | 0905 |
| Levy Rate | 12.0694 |
| Voter Approved Tax | 264.91 |
| Non Voter Approved Tax | 361.76 |
| General Tax | 626.67 |
| Special Assessment | 0.00 |
| Less Exemption (if any) | 0.00 |
| Late Filing Penalty % | 0.00 |
| **TOTAL CURRENT TAX** | **626.67** |

First half must be paid or postmarked by April 30th or **FULL TAX BECOMES DELINQUENT AND PAYABLE** with interest plus penalty.
Second half tax becomes delinquent after OCTOBER 31st.

**SEE REVERSE SIDE FOR MOBILE HOME EXCEPTION.**

### OTHER TAX INFORMATION

| YEAR | INT./PEN. 10/04 | TAX |
|---|---|---|
| 2003 | 114.97 | 574.85 |

BRING ALL PARTS WHEN PAYING IN PERSON
(105016)

EDDIE BAUER INC
C/O TAX DEPT
PO BOX 97014
REDMOND WA 98073-7194

EQUIPMENT AND SUPPLIES 220 FASHION WAY BURLINGTON WA 98233 WITH LC 0905

NO SALE WITHOUT PREPAYMENT OF TAX INCLUDING ADVANCE TAX PER R.C.W.84.56.070

TAX OF LESS THAN $50.00 MUST BE PAID IN FULL

---

## PERSONAL PROPERTY TAX — 2004

**ACCOUNT NUMBER**
8033
P119035    85208

KATIE JUNGQUIST
MAKE REMITTANCES PAYABLE TO:
SKAGIT COUNTY TREASURER
P.O. BOX 518
MOUNT VERNON, WASHINGTON 98273

### SECOND PAYMENT
DETACH THIS PORTION AND MAIL WITH YOUR PAYMENT
Your cancelled check is your receipt

- MAILED PAYMENTS MUST BE POSTMARKED BY THE DUE DATE TO AVOID INTEREST.
- DELINQUENT PAYMENTS RECEIVED WITHOUT INTEREST AND PENALTY WILL BE RETURNED.
- CALL **(360) 336-9350** FOR DELINQUENT TAX, INTEREST AND PENALTY DUE.
- FOR CREDIT CARD PAYMENTS SEE BACK.
- SEE REVERSE SIDE FOR MOBILE HOME EXCEPTION.
- PLEASE MAKE ADDRESS CHANGE ON BACK

| TAX TYPE | TAX YEAR | INTEREST/PENALTY THRU: 10/04 | SECOND HALF TAX |
|---|---|---|---|
| Current | 2004 | | |

* SECOND HALF 2004 TAX ONLY *

EDDIE BAUER INC
C/O TAX DEPT
PO BOX 97014
REDMOND WA 98073-7194

**DUE OCTOBER 31, 2004**

---

## PERSONAL PROPERTY TAX — 2004

**ACCOUNT NUMBER**
8033
P119035    85208

KATIE JUNGQUIST
MAKE REMITTANCES PAYABLE TO:
SKAGIT COUNTY TREASURER
P.O. BOX 518
MOUNT VERNON, WASHINGTON 98273

### FIRST PAYMENT
DETACH THIS PORTION AND MAIL WITH YOUR PAYMENT
Your cancelled check is your receipt

- MAILED PAYMENTS MUST BE POSTMARKED BY THE DUE DATE TO AVOID INTEREST.
- ★First half of 2004 tax must be paid by April 30th or ENTIRE TAX BECOMES DELINQUENT AND PAYABLE IN FULL
- CALL **(360) 336-9350** FOR DELINQUENT TAX, INTEREST AND PENALTY DUE.
- FOR CREDIT CARD PAYMENTS SEE BACK.
- SEE REVERSE SIDE FOR MOBILE HOME EXCEPTION.
- PLEASE MAKE ADDRESS CHANGE ON BACK

| TAX TYPE | TAX YEAR | OMIT YEAR | INTEREST/PENALTY THRU: 10/04 | FULL TAX | ★HALF TAX |
|---|---|---|---|---|---|
| Current | 2004 | | 56.40 | 626.67 | |

| DELINQUENT OR OMIT | DELINQUENT TAX | DELINQUENT TOTAL |
|---|---|---|
| DELINQUENT OR OMIT 2003 | 114.97   574.85 | 689.82 |

BANKRUPTCY # 03-11547

EDDIE BAUER INC
C/O TAX DEPT
PO BOX 97014
REDMOND WA 98073-7194

**FIRST HALF 2004 DUE APRIL 30**

Attachment A

## SKAGIT COUNTY HOLDS A SECURED FIRST PRIORITY LIEN POSITION UNDER WASHINGTON STATE LAW RCW 84.60.010, *priority of tax liens*, which reads as follows:

*All taxes and levies which may hereafter be lawfully imposed or assessed shall be and they are hereby declared to be a lien respectively upon the real and personal property upon which they may hereafter be imposed or assessed, which liens shall include all charges and expenses of and concerning the said taxes which, by the provisions of this title, are directed to be made. The said lien shall **have priority** to and **shall be fully paid and satisfied** before any recognizance, mortgage, judgment, debt, obligation or responsibility to or with which said real and personal property may become charged or liable.*

This claim will include interest and penalties, in addition to the principal amount, when due. Interest will accrue at the rate of 12% per annum and penalties will be incurred per RCW 84.56.020.

Please list our lien and make payments accordingly.

## NOTE TO DEBTORS ATTORNEY:

Under Washington State Law, RCW 84.56.050, we are required to send out yearly notices of all taxes owed within our county. Refer to the attached statement for the current mailing address we have on our tax roll records. If changes need to be made, please address them in writing to Skagit County Treasurer P O Box 518 Mount Vernon WA 98274 or e-mail us at: treasurer@co.skagit.wa.us.