UNITED STATES BANKRUPTCY COURT SOURTHERN DISTRICT OF NEW YORK

SHERARMAN 7 STERLING LLP
559 Lexington Avenue
New York, New York 1002
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
James L. Garrity, Jr. (JG-8389)
Marc B. Hankin (MH-7001)

Attorneys for the Debtors and Debtors in Possession

**In re:  Case No. 03-11540 (CB)**
**Chapter 11**

**SPIEGEL, INC., et al.,**

### OBJECTION TO NOTICE OF PRESENTMENT OF ORDER GRANTING THE DEBTORS TWENTY-FOURTH OMNIBUS OBJECTION TO PROOFFS OF CLAIM (NO AMOUNT DUE AND OWING, AMOUNT OF CLAIM INCORRECT, CLAIMS FILED AGAINST INCORRECT DEBTOR, MISCLASSIFIED CLAIMS AND AMENDED OR SUPERSEDED CLAIMS)

    I, Jacqueline Johnson state the following is true to the best of my knowledge, I respectfully request that this Honorable Court disallow the Debtor's motion.  I have legal court cases pending against SPIEGELS INC..  SPIEGEL INC has been named as second defendant in a discrimination claim; I have filed with the EEOC (Equal Employment Opportunity Commission) for cohesion.  The first defendant has already received their letter of sufficient evidence against them.  SPIEGEL INC. was a part of this cohesion.  The EEOC will try to negotiate a possible settlement.  If we cannot settle, my attorney will be filing a lawsuit against the first and second party in this discrimination claim.   It is because of this reason, I am requesting this Honorable Court not to grant the debtors motion.  If it is granted, it will deprive me of an opportunity to seek any relief, and any chance of relief will be lost.     I will supply a copy of the notice of sufient evidence at the request of this court.  My lost under this lawsuit is in the amount of $100,000.00 for punitive and compensatory damage.

Jacqueline Johnson
Pro-se
10305 S. Bensley Ave.
Chicago, Illinois 60617
Phone No. Home (773) 374-7581 Cell (773) 640-1460
Date: December 29, 2004