Original Copy

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

File Number _____
Chapter 11
Case Number 03-11540 (brl)

| | |
|---|---|
| Jacqueline Johnson )<br>Claimant, plaintiff )<br> )<br>v. )<br> )<br>SPIEGEL, INC.., )<br> )<br>Creditor, defendant ) | Notice of Appeal |

    Notice is hereby given that Jacqueline Johnson plaintiff, and Spiegel Inc., defendants though its attorney CHADBOURNE 7&PARKE LLP 30 Rockefeller Plaza New York, New York 10112 in the above-named case*, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered Memorandum Decision and Order Denying Motion For Reconsideration entered in this action on the 4th day of April 2007.

/s/
Jacqueline Johnson Pro-Se
10305 S. Bensley Ave.
Chicago, Illinois 60617

Date: April 12, 2007



RECEIVED APR 16 2007