UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
: 
In re: : Chapter 11
: 
SPIEGEL, INC., *et al.*, : Case No. 07-CV-03947-RJH
: 
Reorganized Debtors. : 
: (Related Bankruptcy Case 03-11540)
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

David M. Bava, being duly sworn, deposes and says:

1. I am employed as a legal assistant by the law firm of Chadbourne & Parke LLP, I am not a party to this action and that I am over the age of eighteen.

2. On June 29, 2007, I caused to be served true and correct copies of *(i) Notice of Motion to Dismiss Pending Johnson Appeal; (ii) Spiegel Creditor Trust's Memorandum of Law in Support of Motion to Dismiss Pending Johnson Appeal; and (iii) Declaration in Support of Spiegel Creditor Trust's Motion to Dismiss Pending Johnson Appeal* upon Jacqueline Johnson, 10305 South Bensley Avenue, Chicago, Illinois 60617, by Federal Express for Saturday delivery.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

                                                      */s/ David M. Bava*
                                                       David M. Bava

Sworn to before me this
29th day of June 2007

*/s/ Francisco Vazquez*
**Francisco Vazquez**
**Notary Public, State of New York**
**No. 31-6013920**
**Qualified in New York County**
**Commission Expires Dec. 27, 2010**

NY3 - 445790.01