*Debtors copy*

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jacqueline Johnson ) | |
| Claimant, plaintiff ) | Case No. 07-CV-03947-RJH |
| ) | |
| v. ) | Case No. 03-11540 (BRL) |
| ) | |
| SPIEGEL, INC.., ) | |
| ) | |
| Creditor, defendant ) | |

### NOTICE OF MOTION

I, Jacqueline Johnson this notice of motion in response to Spiegel Creditor Trust's Memorandum of law In Support O Motion To Dismiss Pending Johnson Appeal.

### PROOF OF SERVICE

I certify that I also served a copy of the Debtor's attorney at CHADBOURNE & PARKE LLP 30 Rockefeller Plaza New York, New York 10112, by way of First Class Mail at 10400 S. Torrance Ave. in Chicago, Illinois 60617. At 5:00 p.m. on the July 8, 2007.


Jacqueline Johnson

_____