UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
SPIEGEL, INC., *et al.*,                            : Case No. 07-CV-03947-RJH
                                                    :
            Reorganized Debtors.                 :
                                                    : (Related Bankruptcy Case 03-11540)
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

    Helen M. Lamb, being duly sworn, deposes and says:

    1. I am employed by the law firm of Chadbourne & Parke LLP, I am not a party to this action and that I am over the age of eighteen.

    2. On September 12, 2007, I caused to be served a true and correct copy of the attached *Order* upon Jacqueline Johnson, 10305 South Bensley Avenue, Chicago, Illinois 60617, by (i) Federal Express, expedited delivery, and (ii) United States First Class Mail, postage prepaid thereon.

    3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

                                                                          */s/ Helen M. Lamb*
                                                                           Helen M. Lamb

Sworn to before me this
12th day of September 2007

*/s/ Francisco Vazquez*
        **Francisco Vazquez**
    **Notary Public, State of New York**
          **No. 31-6013920**
    **Qualified in New York County**
**Commission Expires Dec. 27, 2010**

NY4 - 203684.01

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
IN RE : SPIEGEL, Inc.,  : 07 Civ. 03947 (RJH)
                Plaintiff,  :

-against-  : **ORDER**

SPIEGEL CREDITOR TRUST,  :

                Defendant.  :
------------------------------------------------------------x

       The pretrial conference scheduled for September 14, 2007 is rescheduled to October 04, 2007, at 09:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
September 11, 2007
SO ORDERED:

                                       _____
                                       Richard J. Holwell
                                       United States District Judge