UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK    PRO SE OFFICE

[FILED STAMP: U.S. DISTRICT COURT FILED MAY 01 2008 S.D. OF N.Y.]

Jacqueline Johnson
_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

07 civ. 3947 (RJH)
07 civ. 10317 (RJH)

- against -

Spiegel, Inc, et al
_____

NOTICE OF APPEAL
IN A CIVIL CASE

_____
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that Jacqueline Johnson
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

(describe the judgment)
Dismissal of appeal
_____

entered in this action on the __1__ day of __April__, 20_08_.
                              (date)        (month)        (year)

Signature: [signed] Jacqueline Johnson

Address: 10305 S. Bensley

City, State & Zip Code: Chgo, Ill 60617

DATED: April 30, 2008

Telephone Number: 773 374-7581

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

Rev. 05/2007