UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # **16**

-------------------------------------------------

In Re: Spiegel, Inc.
                -v-

U.S.C.A. # ~~N-2415-RK~~

U.S.D.C. # **07cv3947**

JUDGE: **RJH**

-------------------------------------------------

DATE: **May 12, 2008**

# INDEX TO THE RECORD ON APPEAL

MAY 12 2008

| | |
|---|---|
| PREPARED BY (NAME): | THOMAS R. PISARCZYK |
| FIRM: | U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK |
| ADDRESS: | 500 PEARL STREET, ROOM 370 |
| | NEW YORK, NEW YORK 10007 |
| PHONE NO.: | (212) 805 - 0636 |

**DISTRICT COURT DOCKET ENTRIES** -------------------------------------------

**DOCUMENT DESCRIPTION**                                          **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

\*\* ONLY CIRCLED DOCUMENTS ARE INCLUDED \*\*

\*\* ALL OTHERS MISSING AT THIS TIME \*\*

(✔) Original Record                    (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 12th Day of May, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

In Re: Spiegel, Chic.
-v-

------------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-3947

JUDGE: RJH

DATE: May 12, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _1_ Through _15_, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |
| | |
| | **BALANCE OF FILE MISSING AT THIS TIME** |
| | |
| | |
| | |
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 12th Day of May In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, ECF

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-03947-RJH
### Internal Use Only

In Re: Spiegel, Inc.
Assigned to: Judge Richard J. Holwell
Related Case: 1:07-cv-10317-RJH
Case in other court: USBC-SDNY, 03-B-11540 (BRL)
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 05/21/2007
Date Terminated: 03/31/2008
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 05/21/2007 | 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Burton R. Lifland dated April 4, 2007. Bankruptcy Court Case Numbers: 03-B-11540 (BRL). Certified copies of file received.Document filed by Jacqueline Johnson.Appellant Brief due by 6/8/2007.(bkar) (Entered: 05/21/2007) |
| 05/21/2007 | 2 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal,. Document filed by Appellant Jacqueline Johnson. (bkar) (Entered: 05/21/2007) |
| 05/21/2007 | 3 | COUNTER DESIGNATION OF BANKRUPTCY RECORD ON APPEAL Document filed by Appellee Spiegel Creditor Trust. (bkar) (Entered: 05/21/2007) |
| 05/21/2007 |  | Magistrate Judge Ronald L. Ellis is so designated. (bkar) (Entered: 05/21/2007) |
| 05/21/2007 |  | Case Designated ECF. (bkar) (Entered: 05/21/2007) |
| 06/29/2007 | 4 | MOTION to Dismiss *Spiegel Creditor Trust's Notice of Motion to Dismiss Pending Johnson Appeal*. Document filed by Spiegel Creditor Trust.(Deutsch, Douglas) (Entered: 06/29/2007) |
| 06/29/2007 | 5 | MEMORANDUM OF LAW in Support re: 4 MOTION to Dismiss *Spiegel Creditor Trust's Notice of Motion to Dismiss Pending Johnson Appeal. Spiegel Creditor Trust's Memorandum of Law in Support of Motion to Dismiss Pending Johnson Appeal*. Document filed by Spiegel Creditor Trust. (Deutsch, Douglas) (Entered: 06/29/2007) |
| 06/29/2007 | 6 | DECLARATION of Douglas E. Deutsch in Support re: 4 MOTION to Dismiss *Spiegel Creditor Trust's Notice of Motion to Dismiss Pending Johnson Appeal*.. Document filed by Spiegel Creditor Trust. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12)(Deutsch, Douglas) (Entered: 06/29/2007) |
| 06/29/2007 | 7 | AFFIDAVIT OF SERVICE of (i) Notice of Motion, (ii) Memorandum of Law in Support, and (iii) Declaration served on Jacqueline Johnson on June 29, 2007. Service was made by Federal Express. Document filed by Spiegel Creditor Trust. (Deutsch, Douglas) (Entered: 06/29/2007) |
| 07/16/2007 | 10 | RESPONSE to: 5 Memorandum of Law in Support of Motion,. Document filed by Jacqueline Johnson. (jp) (Entered: 07/23/2007) |
| 07/19/2007 | 8 | RESPONSE to Motion re: 4 MOTION to Dismiss *Spiegel Creditor Trust's Notice of Motion to Dismiss Pending Johnson Appeal. Response to Spiegel Creditor Trust's Memorandum of Law in Support of Motion to Dismiss Pending Johnson Appeal*. Document filed by Jacqueline Johnson. (Deutsch, Douglas) (Entered: 07/19/2007) |
| 07/19/2007 | 9 | CERTIFICATE OF SERVICE of Notice and Response served on Chadbourne & Parke LLP on July 8, 2007. Service was made by Mail. Document filed by Jacqueline Johnson. (Deutsch, Douglas) (Entered: 07/19/2007) |
| 09/13/2007 | 11 | AFFIDAVIT OF SERVICE of Order served on Jacqueline Johnson on 9/12/2007. Service was made by Mail and Federal Express. Document filed by Spiegel Creditor Trust. (Deutsch, Douglas) (Entered: 09/13/2007) |
| 10/04/2007 |  | Minute Entry for proceedings held before Judge Richard J. Holwell : Pretrial Conference held on 10/4/2007. The Court will review documents presented and review transcript. Next PTC willbe set by the Court. (jco) (Entered: 10/09/2007) |
| 11/05/2007 | 12 | TRANSCRIPT of proceedings held on 10/4/2007 before Judge Richard J. Holwell. (wb) (Entered: 11/05/2007) |
| 03/31/2008 | 13 | MEMORANDUM OPINION AND ORDER: 95892 re: 4 MOTION to Dismiss *Spiegel Creditor Trust's Notice of Motion to Dismiss Pending Johnson Appeal* filed by Spiegel Creditor Trust. The Court grants the Creditor Trust's Motion to dismiss the appeal 4 to the extent that Johnson seeks to appeal the December 19, 2006 Disallowance Order. To the extent that Johnson seeks to appeal the April 4, 2007 Reconsideration/Extension Order, the order of the bankruptcy court is affirmed. The Clerk of the Court is directed to close this case. (Signed by Judge Richard J. Holwell on 3/31/08) (tro) (Entered: 03/31/2008) |
| 03/31/2008 |  | Transmission to Judgments and Orders Clerk. Transmitted re: 13 Memorandum & Opinion, to the Judgments and Orders Clerk. (tro) (Entered: 03/31/2008) |
| 03/31/2008 | 14 | CLERK'S JUDGMENT That for the reasons stated in the Court's Memorandum Opinion and Order dated March 31, 2008, the Creditor Trusts motion to dismiss the appeal is granted to the extent that Johnson seeks to appeal the December 19, 2006 Disallowance Order and to the extent that Johnson seeks to appeal the April 4, 2007 Reconsideration/-Extension Order, the order of the bankruptcy court is affirmed; accordingly, the case is closed. (Signed by J. Michael McMahon, clerk on 3/31/08) (Attachments: # 1 notice of right to appeal)(ml) (Entered: 04/01/2008) |
| 05/01/2008 | 15 | NOTICE OF APPEAL from 14 Clerk's Judgment. Document filed by Jacqueline Johnson. (tp) (Entered: 05/12/2008) |
| 05/01/2008 |  | Appeal Remark as to 15 Notice of Appeal filed by Jacqueline Johnson. $455.00 APPEAL FEE DUE. (tp) (Entered: 05/12/2008) |
| 05/12/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 15 Notice of Appeal. (tp) (Entered: 05/12/2008) |
| 05/12/2008 |  | Transmission of Notice of Appeal to the District Judge re: 15 Notice of Appeal. (tp) (Entered: 05/12/2008) |