UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE : SPIEGEL, Inc. ,                :       07 Civ. 03947 (RJH)

                Plaintiff,       :

-against-                                    :       **ORDER**

SPIEGEL CREDITOR TRUST,            :

                Defendant.       :

------------------------------------------------------------x

        The pretrial conference scheduled for September 14, 2007 is rescheduled to October 04, 2007, at 09:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
September 11, 2007
SO ORDERED:

_____
Richard J. Holwell
United States District Judge

Returned to chambers for scanning on _____.
Scanned by chambers on _____.